MAURA M. FIRSTENBERG *v.* ERIC J. FIRSTENBERG
(12976)

FOTI, HEIMAN and SCHALLER, Js.

Argued May 25—decision released June 27, 1995

*Richard G. Kent,* for the appellant-appellee (defendant).

*Gaetano Ferro,* with whom, on the brief, was *Gina A. Pasquini,* for the appellee-appellant (plaintiff).

*Elizabeth T. Sharpe,* for the minor child.

PER CURIAM. The judgment is affirmed.